# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1864

_____

| | | |
|---|---|---|
| Tommy Lee Monk, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Larry Norris, Director, Arkansas | * | Eastern District of Arkansas. |
| Department of Correction; Clifford | * | |
| Terry, Warden, Wrightsville Unit, | * | [UNPUBLISHED] |
| Arkansas Department of Correction; | * | |
| Shirley Jordan, Assistant Warden, | * | |
| Wrightsville Unit, Arkansas | * | |
| Department of Correction; Larry | * | |
| Jordan, Major, Wrightsville Unit, | * | |
| Arkansas Department of Correction; | * | |
| Brooks Parks, Head Records' | * | |
| Supervisor and Classification Officer, | * | |
| Wrightsville Unit, Arkansas | * | |
| Department of Correction; M.L. | * | |
| Ellington, Assistant Records' | * | |
| Supervisor, Wrightsville Unit, | * | |
| Arkansas Department of Correction, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 24, 2001

Filed: September 27, 2001

_____

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Tommy Monk appeals the district court's[1] denial of his motion to reopen his 42 U.S.C. § 1983 action. Because Mr. Monk did not satisfy his burden of showing that he exhausted available administrative remedies, see 42 U.S.C. § 1997e(a); McAlphin v. Morgan, 216 F.3d 680, 682 (8th Cir. 2000) (per curiam), we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).